IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| VICKI TEAL,<br>    *Plaintiff*,<br><br>v.<br><br>KOCH INDUSTRIES, INC., GEORGIA-PACIFIC LLC and GEORGIA-PACIFIC WOOD PRODUCTS LLC,<br>    *Defendants*. | § § § § § § § § § § | Civil Action No. 9:23-cv-00079<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

Plaintiff, Vicki Teal, and Defendants, Koch Industries, Inc., Georgia-Pacific LLC, and Georgia-Pacific Wood Products LLC, file this Notice of Settlement.

The Parties have reached an agreement to amicably resolve this matter. The Parties have agreed that all taxable costs will be borne by the party incurring the same.

The Parties respectfully ask the Court to stay all deadlines and give the Parties 30 days to complete the formal settlement paperwork and related tasks.

WHEREFORE, PREMISES CONSIDERED, the Parties request the Court to stay all deadlines and give the Parties 30 days to complete the formal settlement paperwork and related tasks.

*Signature blocks followed on next page*

Respectfully submitted,

THROCKMORTON LAW FIRM PLLC

By: */s/Connor Throckmorton*
Connor Throckmorton
Fed. Bar No. 3065092
Texas Bar No. 24103965
5718 Westheimer Road, Suite 1000
Houston, Texas 77057
Telephone:    (713) 400-6173
Facsimile:    (713) 583-8380
Email:        connor@throckmortonlaw.com

***ATTORNEY FOR PLAINTIFF***

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*By: /s/ Jeff S. Mayes permissively*
Jeff S. Mayes, Attorney-in-Charge
Texas Bar No. 00797025
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone (713) 655-0855
Fax (713) 655-0020
jeffrey.mayes@ogletree.com
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF FILING AND SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed with the United States District Clerk for the Eastern District of Texas via the CM/ECF filing system, in accordance with the rules of this Court on this the 9th day of June 2025. This will provide service on all counsel of record in this matter.

                                                   */s/Connor Throckmorton*
                                                   Connor Throckmorton