IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| VICKI TEAL,<br>　　*Plaintiff*,<br><br>v.<br><br>KOCH INDUSTRIES, INC.,<br>GEORGIA-PACIFIC WOOD PRODUCTS LLC, AND<br>GEORGIA-PACIFIC LLC<br>　　*Defendants*. | Civil Action No. 9:23-cv-00079<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's order dated June 10, 2025 (Dkt. 123), Plaintiff Vicki Teal and Defendants Koch Industries, Inc., Georgia-Pacific, LLC, and Georgia-Pacific Wood Productions, LLC (collectively "Defendants") file their Joint Stipulation of Dismissal.

The Parties stipulate that this dismissal is with prejudice, and each side shall bear their own costs and attorneys' fees.

*(Signatures followed on next page)*

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Jeff S. Mayes*
Jeff S. Mayes, Attorney-in-Charge
Texas Bar No. 00797025
500 Dallas Street, Suite 3000
Houston, Texas   77002
Telephone (713) 655-0855
Fax (713) 655-0020
jeffrey.mayes@ogletree.com

**ATTORNEY FOR DEFENDANTS**

Respectfully submitted,

THROCKMORTON LAW FIRM PLLC

By: */s/Connor Throckmorton*
Connor Throckmorton
TX Bar #24103965
5718 Westheimer Road, Suite 1000
Houston, Texas 77057
Telephone: (713) 400-6173
Facsimile:  (713) 583-8380
Email:      connor@throckmortonlaw.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The foregoing instrument was filed using the Court's CM/ECF system on July 17, 2025, which will transmit a copy to all counsel of record.

*/s/ Connor Throckmorton*
Connor Throckmorton