IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| VICKI TEAL, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:23-CV-00079 |
| § | JUDGE MICHAEL J. TRUNCALE |
| GEORGIA-PACIFIC WOOD § | |
| PRODUCTS, LLC, § | |
| § | |
| *Defendant*. § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL

The Court has received the Parties' Joint Stipulation of Dismissal [Dkt. 126] filed in the above-styled matter. The Parties previously advised that they had reached an agreement to amicable resolve this matter and they now file their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 18th day of July, 2025.**

Michael J. Truncale
United States District Judge